In the Matter of the Claim of CLARENCE B. BOUCKHAART, Appellant, against INTERSTATE MOTOR FREIGHT SYSTEM et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.